1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT

8                          EASTERN DISTRICT OF CALIFORNIA

9

10    MELVIN PARKER,                              Case No.  1:23-cv-01583-KES-EPG (PC)

11                    Plaintiff,                  ORDER ADOPTING FINDINGS AND
                                                  RECOMMENDATIONS TO DISMISS
12           v.                                   ACTION WITH PREJUDICE

13    SGT GARCIA, et al.,

14                    Defendants.                 (Doc. 13)

15

16

17

18           Plaintiff Melvin Parker is proceeding pro se and in forma pauperis in this civil rights

19    action filed pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States magistrate

20    judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

21           On March 4, 2024, the assigned magistrate judge reviewed plaintiff's complaint and

22    issued a screening order.  Doc. 9.  The magistrate judge found that plaintiff failed to state any

23    claim and ordered plaintiff to, within 30 days, either (1) file a first amended complaint or (2)

24    notify the court that he wanted to stand on his complaint.  *Id.* at 9.  The court cautioned that it

25    would issue findings and recommendations to dismiss the complaint should plaintiff choose to

26    stand on his complaint.  *Id.*  After plaintiff failed to file an amended complaint or notify the court

27    that he wanted to stand on his complaint, on April 15, 2024, the magistrate issued findings and

28    recommendations that this case be dismissed for failure to prosecute and failure to comply with

1 the court's orders.  Doc. 11.  On the same day, plaintiff filed notice that he wished to stand on his

2 complaint.  Doc. 12.

3       Consistent with plaintiff's notice, on April 16, 2024, the magistrate judge vacated the

4 previous findings and recommendations and issued new findings and recommendations,

5 recommending this case be dismissed with prejudice for failure to state a claim.  Doc. 13.  The

6 findings and recommendations were served on plaintiff and notified him that any objections were

7 due within 30 days.  *Id.* at 8.  Plaintiff has not filed any objections and the time to do so has

8 lapsed.  *See* docket.

9       In accordance with 28 U.S.C. § 636 (b)(1), the court conducted a de novo review of this

10 case.  Having carefully reviewed the file, the court finds that the findings and recommendations

11 are supported by the record and proper analysis and adopts the findings and recommendations.

12       Accordingly, it is ORDERED that:

13   1.   The findings and recommendations issued on April 16, 2024, Doc. 13, are ADOPTED

14      in full.

15   2.   This action is DISMISSED for failure to state a claim.

16   3.   The Clerk of Court is directed to CLOSE this case.

17

18

19 IT IS SO ORDERED.

20   Dated:   November 2, 2024

21                             UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28

2